The defendant's remaining contention is without merit. Goldstein, J. P., McGinity, Feuerstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TRISVAN, Appellant. [720 NYS2d 791] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered December 11, 1997, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245), or without merit. O'Brien, J. P., Friedmann, Goldstein and H. Miller, JJ., concur.